**In the Matter of Shirley Venoya REMMERT, Debtor,**

**Shirley Venoya Remmert, Appellant,**

v.

**Delfin M. Venoya; et al., Appellees.**

No. 08–60040.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 20, 2009.*

Filed Jan. 28, 2009.

Shirley Venoya Remmert, Menlo Park, CA, pro se.

Delfin M. Venoya, Redwood City, CA, pro se.

State OF California Attorney General's Office, Sacramento, CA, pro se.

Superior Court of San Mateo County, Redwood City, CA, pro se.

Portor Goltz, County Counsel, Redwood City, CA, pro se.

US Trustee's Office, San Francisco, CA, pro se.

Before O'SCANNLAIN, SILVERMAN and BYBEE, Circuit Judges.

MEMORANDUM **

Upon review of the record and the parties' briefs, this court hereby summarily affirms the Bankruptcy Appellate Panel's order denying appellant's request for injunctive relief. *See United States v. Hooton,* 693 F.2d 857 (9th Cir.1982) (per curiam) (summary affirmance appropriate where result is clear from face of record).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.